AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

OCT 3 1 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| United States of America | ) |
| v. | ) |
| MICHAEL QUINN | ) Case No. 18-181M |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 28, 2018__ in the county of __New Castle__ in the
_____ District of __Delaware__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 751 and 4082 | Escape |

This criminal complaint is based on these facts:
See attached Affidavit.

2018 OCT -3 AM 10: 31

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeffrey Zimmer, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/3/18__

_____
Judge's signature

City and state: __Wilmington, Delaware__   Mary Pat Thynge, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. ACT. NO. 18 - /9/M |
| ) | |
| MICHAEL QUINN ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Jeffrey Zimmer, being duly sworn, does depose and say:

1. Your Affiant is a Deputy United States Marshal (DUSM) in the District of Delaware. Your Affiant has been employed as a Deputy United States Marshal for approximately 11 years.

2. This investigation is based upon information provided by the Community Solutions Residential Re-entry Center, United States Marshals Service records, as well as Your Affiant's observations and interviews. Since this affidavit is only for purposes of establishing probable cause for an arrest pursuant to Title 18, United States Code, Sections 751 and 4082, not all facts related to this investigation are contained herein.

3. On October 19, 2010, the United States District Court for the District of Maryland adjudged Michael QUINN ("QUINN") guilty of violating Title 18, United States Code, Section 922(g), (Possession of a Firearm and Ammunition by a Convicted Felon) and Title 21 United States Code, Section 843 (a), (6). The Court sentenced QUINN to 77 months of incarceration followed by five years of supervised release. and recommended to the Bureau of Prisons that the defendant participate in any substance abuse program for which he may be eligible including a residential drug abuse treatment program.

4. As part of his sentence, on July 26, 2018, QUINN was transferred from federal prison in Butner, North Carolina to the Community Solutions Residential Re-entry Center (RRC) in Wilmington, DE. RRC is a residential treatment program which restricts residents' freedom by requiring that residents only leave the facility for employment or other authorized purposes and check back into the facility for periodic head counts. QUINN was scheduled to be released from RRC custody on January 20, 2019.

5. On September 28, 2018, at approximately 4:51 AM, QUINN signed out for work at Access Labor at 2203 Dupont Hwy, New Castle, DE and due to return at 6:00 PM. At approximately 6:25 PM, RCC staff attempted to reach QUINN on his cell phone, but it was turned off. RCC staff searched the property and found that QUINN was not present. RCC staff also notified the Wilmington Police Department and New Castle County Police Department of QUINN's absence and confirmed that the Wilmington Police Department and New Castle County Police Department had not arrested him. RCC staff then placed QUINN on escape status. QUINN did not appear for head counts at RCC on September 29, 30, October 1, or 2. At the time of the signing of this affidavit, on October 3, 2018, Michael QUINN still has not returned to RCC.

WHEREFORE, Your Affiant avers that there is probable cause to believe that Michael QUINN is an individual who, pursuant to a judgment of conviction, was confined in an institutional facility at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Maryland. Your Affiant further avers that Michael QUINN willfully escaped from that custody on September 28, 2018, and failed to return to his confinement within the time prescribed, in violation of Title 18, United States Code, Sections 751 and 4082.

Jeffrey Zimmer
Deputy United States Marshal
United States Marshals Service

Sworn to and subscribed in my presence
this 3rd day of October, 2018

HONORABLE MARY PAT THYNGE
United States Magistrate Judge
District of Delaware